Max Rae
OSB No. 81344
maxrae.atty@comcast.net
P.O. Box 7790
Salem, OR 97303-1075
Telephone: (503) 363-5424
Fax: (503) 363-5460
Attorney for Plaintiff, Janna L. Roberts

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JANNA L. ROBERTS,** | 6:14-CV-01111-MC |
| Plaintiff, | |
| v. | ORDER AUTHORIZING ATTORNEYS' FEES UNDER 42 U.S.C. § 406(b) |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,** | |
| Defendant. | |

Pursuant to 42 USC § 406(b), reasonable attorney fees in the amount of $12,857.00 are hereby awarded to Plaintiff's attorney, Max Rae. Previously, this Court awarded Mr. Rae $7,144.60 pursuant to EAJA, 28 USC 2412(d). When issuing the 406(b) check, therefore the agency is directed to subtract the amount previously awarded under the EAJA and to send to Mr. Rae the balance of $5,712.40.

IT IS SO ORDERED this 29 day of October 2015

_____
United States District Judge Michael McShane

Presented by:

_____
Max Rae
Attorney for Plaintiff, Janna L. Roberts